IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Kevin M | Case Number: 07 B 07904 |
| | Judge: Hollis, Pamela S |
| Printed: 1/22/08 | Filed: 5/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 794.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 794.00 |
| Totals: | 794.00 | 794.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 13,491.00 | 0.00 |
| 3. | Nicor Gas | Unsecured | 202.36 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 60.79 | 0.00 |
| 5. | City of Country Club Hills | Unsecured | 0.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 39.91 | 0.00 |
| 7. | I C Systems Inc | Unsecured | 15.00 | 0.00 |
| 8. | Capital One | Unsecured | 0.00 | 0.00 |
| 9. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 10. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 11. | Collection Company Of America | Unsecured | | No Claim Filed |
| 12. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 13. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 14. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 15. | TCF Bank | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Village of Hazel Crest | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,809.06 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Kevin M | Case Number:  07 B 07904 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/22/08 | Filed:  5/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

